**Craig BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 68775.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 30, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 4, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David G. Brown, Assistant Attorney General, Jefferson City, for Respondent.

Before REINHARD, P.J. and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).